O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYRON LYNN AUBERY,<br><br>                    Plaintiff,<br><br>     v.<br><br>MATTHEW ALLEN, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-04501-CAS-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC") (ECF No. 6); the other records on file herein; and the Report and Recommendation of United States Magistrate Judge (ECF No. 14).  Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1)     The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

///

///

///

(2)     The FAC and this lawsuit are **DISMISSED**;

Judgment shall be **ENTERED DISMISSING** this lawsuit

**WITHOUT PREJUDICE.**

DATED: November 5, 2025

_____

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2