JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYRON LYNN AUBERY,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ALLEN, et al.,<br><br>Defendants. | Case No. 2:24-cv-04501-CAS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 5, 2025

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE